# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2704
LT Case No. 2012-CF-001336-A

_____

ROGER J. SMITH,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Seminole County.
Jessica Recksiedler, Judge.

Roger J. Smith, Lake City, pro se.

No Appearance for Appellee.


May 12, 2026


PER CURIAM.

    AFFIRMED.


LAMBERT, EISNAUGLE, and SOUD, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————